UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE THREE HOLDINGS, LLC, | No. 1:18-cv-00595-MCE-GGH |
| Plaintiffs, | AMENDED ORDER |
| v. | |
| JOHN DOE subscriber assigned IP address 73.220.146.77, | |
| Defendant. | |

This cause came before the Court upon Plaintiff's ex-parte application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a Summons and Complaint until September 27, 2018. Additional time is now needed in light of an error in the initially provided Order.

Having found good cause for a further extension extension of time IT IS HEREBY ORDERED that:

1. Plaintiff shall have until September 27, 2018 to initially serve the court's order as previously directed on the person identified with the above listed ISP address.

**IT IS SO ORDERED.**

Dated: August 17, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE